### 1645. LOWRY *et al.* v. THE STATE.

POWELL, J. This case is controlled by the decision in *Hopkins* v. *State;.*
  No. 1643, ante.                                  *Judgment affirmed.*

Accusation of misdemeanor, from city court of Cartersville— Judge Foute. December 18, 1908.

Argued February 9,—Decided February 20, 1909'..
*James B. Conyers,* for plaintiffs in error.
*Watt H. Milner, solicitor,* contra.